IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**PHILLIP CARSON**                                                                           **PLAINTIFF**

**vs.**                                             **CIVIL ACTION No.: 3:24-CV-153-HTW-LGI**

**CITY OF VICKSBURG, et al.**                                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Andrew S. Harris **[Docket no. 39]**. In his Report and Recommendation, filed on February 25, 2025, Magistrate Harris recommended that Plaintiff Phillip Carson's Motion to Amend [20] be construed as a request to voluntarily dismiss without prejudice Defendants County of Warren, Pace, Pugh, Robert Doe #WC74 and Grady, and that his Motion to Voluntarily Dismiss [21] these same Defendants without prejudice be granted. Judge Harris directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 39]**, this court finds it well-taken. Magistrate Judge Harris carefully considered the submissions of the parties, the record, and relevant law; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED** that Defendants County of Warren, Pace, Pugh, Robert Doe #WC74 and Grady are hereby **DISMISSED** from this lawsuit **WITHOUT PREJUDICE.**

**SO ORDERED** this the 10th day of April, 2025.

                                         /s/HENRY T. WINGATE
                                         **UNITED STATES DISTRICT COURT JUDGE**