IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **PHILLIP CARSON** | **PLAINTIFF** |
| vs. | **CIVIL ACTION No.: 3:24-CV-153-HTW-LGI** |
| **CITY OF VICKSBURG, et al.** | **DEFENDANTS** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Andrew S. Harris **[Docket no. 33]**. In his Report and Recommendation, filed on February 13, 2025, Magistrate Harris recommended that Plaintiff's motion [30] be denied and that the Clerk of Court be directed to file a copy of the IFP motion [30] as an attachment in support of Plaintiff's Motion for Order Directing U.S. Marshal to Serve Service [31]. Judge Harris directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 33]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** Plaintiff's IFP motion [30] hereby is DENIED, and the Clerk of Court is directed to file a copy of the IFP motion [30] as an attachment in support of Plaintiff's Motion for Order Directing U.S. Marshal to Serve Service [31]

**SO ORDERED this the 10th day of April, 2025.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**