# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**PHILLIP CARSON**                                                                                           **PLAINTIFF**

**v.**                                                                         **CIVIL NO. 3:24-cv-153-HTW-ASH**

**CITY OF VICKSBURG, et al.**                                                                    **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge Andrew S. Harris [docket no. 80]. In his Report and Recommendation, filed May 2, 2025, Magistrate Judge Harris recommended that Plaintiff's Motion to Dismiss Defendant the United States and Plaintiff's claims under the Federal Tort Claims Act (FTCA) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 288 (1971) against Defendants Lamarca, Keys, and Carraway [docket no. 61] be granted. Magistrate Judge Harris directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation, this Court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation [docket no. 80] of the Magistrate Judge as the Order of this Court.

**IT IS THEREFORE ORDERED** Plaintiff's Motion to Dismiss Defendant the United States and Plaintiff's claims under the Federal Tort Claims Act (FTCA) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 288 (1971) against Defendants Darren J. Lamarca, Jeremy Keys, and Bert Carraway [docket no. 61] is **GRANTED.**

**SO ORDERED**, this the 5th day of February, 2026.

                                                            s/HENRY T. WINGATE
                                                            UNITED STATES DISTRICT JUDGE